# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Norman Yates Carthens,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:12-cv-293

Mecklenburg County Jail, et al.,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2012 Order.

                                      Signed: May 18, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court