# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Norman Yates Carthens,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-293

Mecklenburg County Jail, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2012 Order.

                                    Signed: May 18, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court